IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG SEHER, | No. CIV S-03-1811-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

On March 16, 2006, the court entered judgment in favor of defendant and against plaintiff. Plaintiff appealed and, on August 21, 2007, the Ninth Circuit Court of Appeal issued a decision reversing this court's judgment and remanding with instructions that this matter be remanded to the agency for further proceedings. The Ninth Circuit concluded:

> . . . Because the hypothetical [question posed to the vocational expert] was not supported by the record, the vocational expert's opinion "has no evidentiary value." (citation omitted). Without that evidence, the Commissioner did not meet his burden at step five of showing that Seher could not perform substantial gainful employment. (citation omitted). We

1

therefore set aside the denial of benefits and remand for further administrative proceedings in which the full set of limitations is posed in a hypothetical to a vocational expert.

The appellate court rejected plaintiff's other claims of error. The Ninth Circuit remanded the case ". . . with instructions to remand to the Commissioner for further proceedings" consistent with its opinion.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is remanded for further proceedings consistent with the Ninth Circuit's opinion; and

2. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 27, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE